| PROB 22 (Rev. 8/97) | TRANSFER OF JURISDICTION | E-filing | DOCKET NUMBER *(Tran. Court)* 2:04CR00608-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* CR07-00655 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: Jerry Charles Drumgoole, Oakland, California | DISTRICT Southern District of Texas | DIVISION Corpus Christi |
|---|---|---|
| | NAME OF SENTENCING JUDGE Janis Graham Jack, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/7/06  TO 4/06/09 |

FILED OCT 16 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

**OFFENSE**

Transportation of an Unlawful Alien Within the United States, in violation of 8 U.S.C. § 1324 (a)(1)(A)(ii) and (a)(1)(B)(ii)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION</u>

It is ordered that the jurisdiction of this supervised releasee be transferred with the records of the Court to the United States District Court for the Northern District of California, Oakland Division on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

9-22-07
*Date*

*Janis Graham Jack, U.S. District Judge*

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

10/12/07
*Effective Date*

*United States District Judge*