## UNITED STATES DISTRICT COURT

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208

SOUTHERN DISTRICT OF TEXAS
Corpus Christi Division

Please Reply To:
1133 N. Shoreline #208
Corpus Christi, TX 78401-2042
(361) 888-3142



November 5, 2007

**CLERK, U.S. DISTRICT COURT**
**Northern District of California**
**1301 Clay Street, Suite 400 S**
**Oakland, CA 94612**

RE: CR. NO. C-04-608-1
U.S.A. VS. Jerry Charles Drumgoole

Dear Clerk:

Enclosed for the purpose of Transfer of Jurisdiction for supervised proceedings are certified copies of the following:

INDICTMENT
JUDGMENT
PROBATION FORM 22 - TRANSFER OF JURISDICTION
DOCKET SHEET

Please complete the receipt below and return the copy of this letter in the enclosed envelope.

RESPECTFULLY,

MICHAEL N. MILBY, CLERK

By: _____
       - Deputy Clerk

Encls.
cc:  U.S. Attorney's Office, Corpus Christi, TX
     U.S. Probation Office, Corpus Christi, TX
     U.S. Marshal Service, Corpus Christi, TX
     File

RECEIVED AND FILED UNDER DOCKET NO. CR-07-655 CW on NOV - 7 2007, 2007.

U.S. DISTRICT CLERK

By: _____**CYNTHIA LENAHAN**_____
        Deputy Clerk

| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* 2:04CR00608-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 0971  4:07CR0655-1 CW |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Jerry Charles Drumgoole<br>Oakland, California | Southern District of Texas | Corpus Christi |
| *United States Courts*<br>*Southern District of Texas*<br>*FILED*<br>*NOV - 1 2007*<br>*Michael N. Milby, Clerk of Court* | NAME OF SENTENCING JUDGE<br>Janis Graham Jack, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/7/06    TO 4/06/09 |

OFFENSE

Transportation of an Unlawful Alien Within the United States, in violation of 8 U.S.C. § 1324 (a)(1)(A)(ii) and (a)(1)(B)(ii)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION</u>

It is ordered that the jurisdiction of this supervised releasee be transferred with the records of the Court to the United States District Court for the Northern District of California, Oakland Division on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

9-22-07
Date

*/s/ Janis Graham Jack*
Janis Graham Jack, U.S. District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

10/12/07
Effective Date

*/s/*
United States District Judge

TRUE COPY I CERTIFY
ATTEST: 11-5-07
MICHAEL N. MILBY, Clerk of Court
By *Donna Revell*
Deputy Clerk

United States Courts
Southern District of Texas
FILED

OCT 2 7 2004

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. C-04-608 |
| JERRY CHARLES DRUMGOOLE | § | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

On or about September 30, 2004, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### JERRY CHARLES DRUMGOOLE,

did knowingly and in reckless disregard of the fact that Raul Sanchez-Alvarado was an alien who had come to, entered, and remained in the United States in violation of law, transport and move such alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).

#### COUNT ~~ONE~~ TWO      JGT

On or about September 30, 2004, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JERRY CHARLES DRUMGOOLE,

did knowingly and in reckless disregard of the fact that Martin Martinez-Sanchez was an alien who had come to, entered, and remained in the United States in violation of law, transport and move such alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

By: _____
ELSA SALINAS-PATTERSON
Assistant United States Attorney

TRUE COPY I CERTIFY
ATTEST: 11-5-07
MICHAEL N. MILBY, Clerk of Court
By_____
Deputy Clerk

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Corpus Christi

UNITED STATES OF AMERICA
v.
**JERRY CHARLES DRUMGOOLE**

JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: 2:04CR00608-001
USM NUMBER: 41268-179

Jason Libby, AFPD
Defendant's Attorney

☐ See Additional Aliases.

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   1 on November 29, 2004
☐ pleaded nolo contendere to count(s) which was accepted by the court.
☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1324 (a)(1)(A)(ii) and (a)(1)(B)(ii) | Transportation of an Unlawful Alien Within the United States | 09-30-04 | 1 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☒ Count(s) 2   ☒ is ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 20, 2005
Date of Imposition of Judgment

[Signature]
Signature of Judge

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

1-25-05
Date

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 2 -- Imprisonment

DEFENDANT: JERRY CHARLES DRUMGOOLE          Judgment -- Page 2 of 6
CASE NUMBER: 2:04CR00608-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___21 months.___

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 3 -- Supervised Release

DEFENDANT: **JERRY CHARLES DRUMGOOLE**  Judgment -- Page 3 of 6
CASE NUMBER: **2:04CR00608-001**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 3 year(s).

☐ See Additional Supervised Release Terms.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 3C -- Supervised Release

Judgment -- Page 4 of 6

DEFENDANT: **JERRY CHARLES DRUMGOOLE**
CASE NUMBER: **2:04CR00608-001**

# SPECIAL CONDITIONS OF SUPERVISION

**DRUG SURVEILLANCE:** The defendant shall submit to periodic urine surveillance and/or breath saliva and skin tests for the detection of drug abuse as directed by the probation officer. The defendant will incur costs associated with such detection efforts based on ability to pay as determined by the probation officer.

**DRUG TREATMENT:** The defendant shall participate in a program, inpatient or outpatient, for the treatment of drug and/or alcohol addiction, dependency or abuse which may include, but not be limited to urine, breath, saliva and skin testing to determine whether the defendant has reverted to the use of drugs and/or alcohol. Further, the defendant shall participate as instructed and as deemed necessary by the probation officer and shall comply with all rules and regulations of the treatment agency until discharged by the Program Director with the approval of the probation officer. The defendant shall further submit to drug-detection techniques, in addition to those performed by the treatment agency, as directed by the probation officer. The defendant will incur costs associated with such drug/alcohol detection and treatment, based on ability to pay as determined by the probation officer.

**MENTAL HEALTH:** The defendant is required to participate in a mental health program as deemed necessary and approved by the probation officer. The defendant will incur costs associated with such program, based on ability to pay as determined by the probation officer.

**NIGHTTIME RESTRICTION:** Throughout the period of supervised release, the defendant shall be restricted to his home each night from 12 midnight to 6 am, unless other specific arrangements are made with the probation officer.

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

DEFENDANT: **JERRY CHARLES DRUMGOOLE**        Judgment — Page 5 of 6
CASE NUMBER: **2:04CR00608-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $100.00 | | |

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

☐ See Additional Restitution Payees.
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

     ☐ the interest requirement is waived for the ☐ fine    ☐ restitution.

     ☐ the interest requirement for the ☐ fine    ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 6 -- Schedule of Payments

DEFENDANT: JERRY CHARLES DRUMGOOLE
CASE NUMBER: 2:04CR00608-001

Judgment -- Page 6 of 6

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due
   ☐ not later than _____, or
   ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ installments of $ _____ over a period of _____, to commence _____ days after the date of this judgment; or

D ☐ Payment in equal _____ installments of $ _____ over a period of _____, to commence _____ days after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:
Make all payments payable to: U.S. District Clerk, 1133 N Shoreline Blvd Ste 208, Corpus Christi, TX 78401
Payments are to be withdrawn from the defendant's inmate trust fund beginning 60 days from the date of placement at the Bureau of Prisons. The balance is to be paid at the rate of $25 per month beginning 30 days upon release from custody.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**
**(including defendant number)**              **Total Amount**   **Joint and Several Amount**   **Corresponding Payee, if appropriate**

☐ See Additional Defendants and Co-Defendants Held Joint and Several.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

TRUE COPY I CERTIFY
ATTEST: 11-5-07
MICHAEL N. MILBY, Clerk of Court
_____
Deputy Clerk

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CRIMINAL DOCKET FOR CASE #: 2:04-cr-00608 All Defendants
## Internal Use Only

Case title: USA v. Drumgoole  
Magistrate judge case number: 2:04-mj-00707

Date Filed: 10/27/2004  
Date Terminated: 01/25/2005

Assigned to: Judge Janis Graham Jack

### Defendant

**Jerry Charles Drumgoole** (1)  
*TERMINATED: 01/25/2005*

represented by **Jason Bradford Libby**  
Federal Public Defender's Office  
606 N. Carancahua  
Suite 401  
Corpus Christi, TX 78476-0401  
361-888-3532  
Fax: 361-888-3534  
Email: jason_libby@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

Did transport an undocumented alien within the United States- 8 USC 1324(a)(1)(A)(ii) and 1324 (a)(1)(B)(ii). DATE OF OFFENSE: 9/30/04 PENALTY: Not more than 5 years imprisonment, a fine of up to $250,000, up to 3 years SRT, and a $100 Special Assessment.
(1)

### Disposition

21 months BOP; 3 yrs SRT; $100 Special Assessment

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| Did transport an undocumented alien within the United States- 8 USC 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii). DATE OF OFFENSE: 9/30/04 PENALTY: Not more than 5 years imprisonment, a fine of up to $250,000, up to 3 years SRT, and a $100 Special Assessment. (2) | Dismissed on Government Motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| Did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, in violation of 8 USC 1324. | |

**Plaintiff**

USA                     represented by **Financial Litigation**
                                        U S Attorney's Office
                                        Southern District of Texas
                                        P O Box 61129
                                        Houston, TX 77208

713-567-9000
Fax: 713-718-3391 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Marshal - CC**
1133 North Shoreline, Room 109
Corpus Christi, TX 78401
361-888-3154
Fax: 361-888-3174
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs-CC**
1133 N Shoreline Blvd
Rm 114
Corpus Christi, TX 78401
361-888-3411
Fax: 361-888-3419 fax
Email:
txsptdb_corduty@txspt.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - CC**
1133 North Shoreline Blvd, Room 124
Corpus Christi, TX 78401
361-888-3518 fax
Fax: 361-888-3518 fax
Email:
TXSPdb_CorDuty@txsp.uscourts.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Elsa Salinas Patterson**
Office of the U S Attorney
800 N Shoreline Blvd

Ste 500
Corpus Christi, TX 78401
361-888-3111
Fax: 361-888-3200 fax
Email: elsa.s.patterson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2004 | | Arrest of Jerry Charles Drumgoole, filed. (srussell, ) [2:04-mj-00707] (Entered: 10/07/2004) |
| 09/30/2004 | | Arrest of Material Witness Raul Sanchez-Alvarado, Martin Martinez-Sanchez in case as to Jerry Charles Drumgoole, filed. (srussell, ) [2:04-mj-00707] (Entered: 10/07/2004) |
| 10/01/2004 | | **Added U S Marshal, Pretrial Services and Probation (srussell, ) [2:04-mj-00707] (Entered: 10/07/2004) |
| 10/01/2004 | 1 | COMPLAINT as to Jerry Charles Drumgoole, filed. (srussell, ) [2:04-mj-00707] (Entered: 10/07/2004) |
| 10/01/2004 | 2 | Affidavit for Material Witness(es) Raul Sanchez-Alvarado, Martin Martinez-Sanchez as to Jerry Charles Drumgoole, filed. (srussell, ) [2:04-mj-00707] (Entered: 10/07/2004) |
| 10/01/2004 | 3 | Minute Entry for proceedings held before Judge Jane Cooper-Hill :INITIAL APPEARANCE as to Jerry Charles Drumgoole, (Deft informed of rights) held on 10/1/2004 Appearances:Robert Galvan f/Govt.(Digital # 2:02:48-2:13:12) (ERO:S Syler) Deft remanded to custody , filed.(srussell, ) [2:04-mj-00707] (Entered: 10/07/2004) |
| 10/01/2004 | 4 | (Court only) CJA 23 Financial Affidavit by Jerry Charles Drumgoole , filed.(srussell, ) [2:04-mj-00707] (Entered: 10/07/2004) |
| 10/01/2004 | 5 | Minute Entry for proceedings held before Judge Jane Cooper-Hill :INITIAL APPEARANCE OF MATERIAL WITNESS (ES) Raul Sanchez-Alvarado as to Jerry Charles Drumgoole, (Material Witness(es) informed of rights) held on 10/1/2004 Appearances:Robert Galvan f/Govt.(Digital # 2:02:48-2:13:12) (ERO:S Syler) (Interpreter:Thelma Ferry) Deft remanded to custody , filed.(srussell, ) [2:04-mj-00707] (Entered: |

DC CM/ECF LIVE- US District Court-Texas Southern - Docket Report    Page 5 of 9
Case 4:07-cr-00655-CW    Document 2    Filed 11/07/2007    Page 15 of 19

| | | |
|---|---|---|
| | | 10/07/2004) |
| 10/01/2004 | | **Added Interpreter for Material Witnesses (srussell, ) [2:04-mj-00707] (Entered: 10/07/2004) |
| 10/01/2004 | 6 | CJA 23 Financial Affidavit by Material Witness Raul Sanchez-Alvarado as to Jerry Charles Drumgoole , filed.(srussell, ) [2:04-mj-00707] (Entered: 10/07/2004) |
| 10/01/2004 | 7 | Minute Entry for proceedings held before Judge Jane Cooper-Hill :INITIAL APPEARANCE OF MATERIAL WITNESS (ES) Martin Martinez-Sanchez as to Jerry Charles Drumgoole, (Material Witness(es) informed of rights) held on 10/1/2004 Appearances:Robert Galvan f/Govt.(Digital # 2:02:48-2:13:12)(ERO:S Syler) (Interpreter:Thelma Ferry) Deft remanded to custody , filed.(srussell, ) [2:04-mj-00707] (Entered: 10/07/2004) |
| 10/01/2004 | 8 | CJA 23 Financial Affidavit by Material Witness Martin Martinez-Sanchez as to Jerry Charles Drumgoole , filed. (srussell, ) [2:04-mj-00707] (Entered: 10/07/2004) |
| 10/01/2004 | 9 | ORDER OF TEMPORARY DETENTION AND HEARING as to Jerry Charles Drumgoole ( Signed by Judge Jane Cooper-Hill ). Parties notified. (srussell, ) [2:04-mj-00707] (Entered: 10/07/2004) |
| 10/01/2004 | 10 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Jason Bradford Libby for Jerry Charles Drumgoole ( Signed by Judge Jane Cooper-Hill ). Parties notified. (srussell, ) [2:04-mj-00707] (Entered: 10/07/2004) |
| 10/06/2004 | 11 | NOTICE TO APPEAR as to Jerry Charles Drumgoole. Detention Hearing set for 10/8/2004 at 09:30 AM before Magistrate Judge Jane Cooper-Hill Preliminary Examination set for 10/8/2004 at 09:30 AM before Magistrate Judge Jane Cooper-Hill, filed.(srussell, ) [2:04-mj-00707] (Entered: 10/07/2004) |
| 10/06/2004 | 16 | Minute Entry Re: Material Witnesses as to Jerry Charles Drumgoole: , filed. (srussell, ) [2:04-mj-00707] (Entered: 10/21/2004) |
| 10/06/2004 | 17 | CJA 20 for Material Witness : Appointment of Attorney Gonzalo Joseph Barrientos for Raul Sanchez-Alvarado and Martin Martinez-Sanchez as to Jerry Charles Drumgoole ( Signed by Judge Jane Cooper-Hill ). Parties notified. |

|  |  |  |
|---|---|---|
|  |  | (srussell, ) [2:04-mj-00707] (Entered: 10/21/2004) |
| 10/08/2004 | 12 | Minute Entry for proceedings held before Judge Jane Cooper-Hill :PRELIMINARY EXAMINATION as to Jerry Charles Drumgoole held on 10/8/2004 Appearances:Lance Duke f/Govt; Jason Bradford Libby f/Deft.(Digital # 9:27:13-9:27:56)(ERO:L Smith/T Akers) Deft remanded to custody , filed.(srussell, ) [2:04-mj-00707] (Entered: 10/14/2004) |
| 10/08/2004 | 13 | WAIVER of Preliminary Examination or Hearing by Jerry Charles Drumgoole, filed.(srussell, ) [2:04-mj-00707] (Entered: 10/14/2004) |
| 10/08/2004 | 14 | Minute Entry for proceedings held before Judge Jane Cooper-Hill :DETENTION HEARING as to Jerry Charles Drumgoole held on 10/8/2004 Appearances:Lance Duke f/Govt; Jason Bradford Libby f/Deft.(Digital # 9:27:13-9:27:56)(ERO:L Smith/T Akers) Deft remanded to custody , filed.(srussell, ) [2:04-mj-00707] (Entered: 10/14/2004) |
| 10/08/2004 | 15 | ORDER OF DETENTION PENDING TRIAL as to Jerry Charles Drumgoole ( Signed by Judge Jane Cooper-Hill ). Parties notified. (srussell, ) [2:04-mj-00707] (Entered: 10/14/2004) |
| 10/20/2004 | 18 | MOTION to Take Deposition of Material Witnesses by USA as to Jerry Charles Drumgoole, filed. (srussell, ) [2:04-mj-00707] (Entered: 10/22/2004) |
| 10/20/2004 | 19 | ORDER granting 18 Motion to Take Deposition of Material Witnesses as to Jerry Charles Drumgoole (1).(Signed by Judge Jane Cooper-Hill ) Parties notified.(srussell, ) [2:04-mj-00707] (Entered: 10/22/2004) |
| 10/22/2004 | 20 | Minute Entry for proceedings held before Judge Jane Cooper-Hill :HEARING re: Stipulations as to Jerry Charles Drumgoole held on 10/22/2004 Appearances:Elsa Salinas-Patterson f/Govt; Jason Bradford Libby f/Deft.(Digital # 9:59:10-10:02:56)(ERO:L Smith/S Syler) (Interpreter:J Delgado) Deft remanded to custody , filed.(srussell, ) [2:04-mj-00707] (Entered: 10/25/2004) |
| 10/22/2004 | 21 | Stipulation by Jerry Charles Drumgoole and USA as to Jerry Charles Drumgoole, filed.(srussell, ) [2:04-mj-00707] (Entered: 10/25/2004) |
| 10/22/2004 | 22 | MOTION to Release Material Witnesses by USA as to Jerry |

| | | |
|---|---|---|
| | | Charles Drumgoole, filed. (srussell, ) [2:04-mj-00707] (Entered: 10/25/2004) |
| 10/22/2004 | 23 | ORDER granting 22 Motion to to Release Material Witnesses as to Jerry Charles Drumgoole (1); 2 Cert Copies placed in USM box; 1 Cert Copy faxed to USM 10/22/04 4:55 by case mgr LS.(Signed by Judge Jane Cooper-Hill ) Parties notified. (srussell, ) [2:04-mj-00707] (Entered: 10/25/2004) |
| 10/27/2004 | 24 | INDICTMENT as to Jerry Charles Drumgoole (1) count(s) 1-2, filed. (amireles, ) Additional attachment(s) added on 12/9/2004 (lrivera, ). (Entered: 11/03/2004) |
| 10/27/2004 | | **Added Pretrial Services, Financial Litigation and Probation (amireles, ) (Entered: 11/03/2004) |
| 10/27/2004 | 25 | US Attys Criminal Docket Sheet as to Jerry Charles Drumgoole, filed.(amireles, ) (Entered: 11/03/2004) |
| 10/29/2004 | 26 | NOTICE OF SETTING as to Jerry Charles Drumgoole. Arraignment set for 11/4/2004 at 01:30 PM before Magistrate Judge Jane Cooper-Hill, filed.(amireles, ) (Entered: 11/03/2004) |
| 11/04/2004 | 27 | Minute Entry for proceedings held before Judge Jane Cooper-Hill :ARRAIGNMENT as to Jerry Charles Drumgoole (1) Count 1-2 held on 11/4/2004. Not Guilty on 1 & 2. Appearances: Jason Bradford Libby, Elsa Salinas-Patterson. (Digital # 1:39:27-1:46:18)(ERO:Tom Akers) Deft remanded to custody , filed.(amireles, ) (Entered: 11/07/2004) |
| 11/04/2004 | 28 | SCHEDULING ORDER as to Jerry Charles Drumgoole. Pretrial Conference set for 11/30/2004 at 08:30 AM before Judge Janis Graham Jack Jury Selection set for 12/2/2004 at 08:00AM before Judge Janis Graham Jack Jury Trial set for 12/2/2004 at 08:00 AM before Judge Janis Graham Jack Plea Agreement due by 11/30/2004.( Signed by Judge Jane Cooper-Hill ). Parties notified. (amireles, ) (Entered: 11/07/2004) |
| 11/29/2004 | 29 | Minute Entry for proceedings held before Judge Janis Graham Jack :RE-ARRAIGNMENT held on 11/29/2004. Jerry Charles Drumgoole (1) Guilty Count 1. Court's copy of Exhibit one given to Defendant. Indictment is amended. Appearances:Mark Patterson. Jason Bradford Libby.(Digital # 1:23-2:08)(ERO:Velma Gano) Deft remanded to custody , filed.(amireles, ) (Entered: 12/09/2004) |
| | | |

| | | |
|---|---|---|
| 11/29/2004 | 30 | PLEA AGREEMENT as to Jerry Charles Drumgoole, filed. (amireles, ) (Entered: 12/09/2004) |
| 11/29/2004 | 31 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Jerry Charles Drumgoole. PSI Completion due by 1/4/2005. Objection to PSI due by 1/19/2005 Final PSI due by 1/31/2005 Sentencing set for 2/11/2005 at 09:00 AM before Judge Janis Graham Jack ( Signed by Judge Janis Graham Jack ). Parties notified. (amireles, ) (Entered: 12/09/2004) |
| 01/10/2005 | 32 | Statement of No Objections to PSI and Request for Expedited Sentencing by Jerry Charles Drumgoole, filed.(amireles, ) (Entered: 01/12/2005) |
| 01/18/2005 | 33 | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Jerry Charles Drumgoole, filed.(kbledsoe, ) (Entered: 01/19/2005) |
| 01/18/2005 | 34 | CONFIDENTIAL SENTENCING REC0MMENDATION (Sealed) regarding Jerry Charles Drumgoole, filed.(kbledsoe, ) (Entered: 01/19/2005) |
| 01/20/2005 | 35 | Minute Entry for proceedings held before Judge Janis Graham Jack :Sentencing held on 1/20/2005 for Jerry Charles Drumgoole (1), Count(s) 1, 21 months BOP; 3 yrs SRT; $100 Special Assessment. Appearances: Jason Bradford Libby, Elsa Salinas-Patterson.(Court Reporter: Sondra Scotch)(Digital # 9:51-10:00)(ERO:Velma Gano) Deft remanded to custody fo USM , filed.(lrivera, ) (Entered: 01/27/2005) |
| 01/20/2005 | 36 | MOTION to Dismiss Count(s)Two of the Indictment by USA as to Jerry Charles Drumgoole, filed. (lrivera, ) (Entered: 01/27/2005) |
| 01/20/2005 | 37 | ORDER granting 36 Motion to Dismiss Counts Jerry Charles Drumgoole (1) Count 2 Dismissed as to Jerry Charles Drumgoole (1).(Signed by Judge Janis Graham Jack.) Parties notified.(lrivera, ) (Entered: 01/27/2005) |
| 01/25/2005 | 38 | JUDGMENT as to Jerry Charles Drumgoole (The Statement of Reasons has been placed under seal in the envelope with the Original Presentence Report. Copies of the SOR have been sent to the defendant's attorney, the AUSA, and the US Marshal) ( Signed by Judge Janis Graham Jack ). Parties notified. (lrivera, ) (Entered: 01/27/2005) |

| 01/25/2005 | | (Court only) ***Case Terminated as to Jerry Charles Drumgoole (lrivera, ) (Entered: 01/27/2005) |
|---|---|---|
| 03/25/2005 | 39 | Judgment Returned Executed on 03/16/05 to serve sentence at FCC Beaumont as to Jerry Charles Drumgoole, filed. (lmunoz, ) (Entered: 03/29/2005) |
| 09/22/2007 | | Original Transfer of Jurisdiction (Prob 22) signed by Judge Janis Grahma Jack on 9/22/07 as to Jerry Charles Drumgoole to the United States District Court for the Northern District of California, Oakland Division for the Court's acceptance, filed. (vrios, ) (Entered: 09/26/2007) |
| 11/05/2007 | 40 | RULE 5 Papers sent to Oakland Division, Northern District of California Division as to Jerry Charles Drumgoole, filed. (dterrell, ) (Entered: 11/05/2007) |
| 11/05/2007 | 41 | TRANSMITTAL LETTER sent to Northern District of California, Oakland Division as to Jerry Charles Drumgoole re: certified copies of Indictment, Judgment, Transfer of Jurisdiction, Docket Sheet, filed. (dterrell, ) (Entered: 11/05/2007) |

TRUE COPY I CERTIFY
ATTEST: 11-5-07
MICHAEL N. MILBY, Clerk of Court
By_____
Deputy Clerk