# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

## Report on Offender Under Supervision

Name of Offender:      Jerry Charles Drumgoole     Docket No.: CR 07-00655-01 CW

Name of Sentencing Judge:  Janis Graham Jack
United States District Judge

**FILED**
**DEC 17 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date of Original Sentence:  January 20, 2005

Original Offense:
Count One: Transportation of an Unlawful Alien Within the United States, 8 U.S.C. § 1324(a)(1)(A)(ii) and (a)(1)(B)(ii), a Class D felony

Original Sentence: 21 months custody, three years supervised release
Special Conditions: Drug/alcohol treatment; mental health treatment; nighttime restriction from 12:00 midnight to 6:00 a.m.; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons

On October 12, 2007, the Southern District of Texas case 04-CR-00608-001 was transferred to the Northern District of California and assigned to docket number CR 07-00655-01.

Type of Supervision: Supervised Release       Date Supervision Commenced: April 7, 2006
Assistant U.S. Attorney: Elsa Salinas-Patterson (SD/TX)   Defense Counsel: Jason Libby (AFPD)

NDC-SUPV-FORM 12A 03/23/05

Jerry Charles Drumgoole                                                                                     Page 2
CR 07-00655-01 CW

## Petitioning the Court to Take Judicial Notice

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated standard condition number seven that he used a controlled substance. |

> The offender submitted a urinalysis test on September 4, 2007, which resulted in a presumptive positive for cocaine. The offender admitted to using cocaine on September 1, 2007.
>
> Evidence in support of this allegation is the laboratory results from Kroll Laboratory Specialists, Inc. (specimen ID #C00784511) confirming that the offender tested positive for cocaine on September 4, 2007.

### Action Taken and Reason

The offender was referred to East Bay Community Recovery Project on September 4, 2007, for group substance abuse counseling and random urinalysis testing. Subsequent urinalysis testing has yielded negative results. This officer has increased contact with the offender in order to sufficiently monitor his ongoing compliance with supervised release. For these reasons, this officer requests that the Court take judicial notice of the violations and take no action at this time.

The Duty Assistant U.S. Attorney, Maureen Bessette, has been notified and there are no objections.

Address of offender:      1427 East 32nd Street
                          Oakland, CA 94602

Respectfully submitted,                                  Reviewed by:

_JaDee Voss_                                             _Daniel Zurita_
JaDee Voss                                               Daniel Zurita
U.S. Probation Officer                                   Supervisory U.S. Probation Officer

Date Signed:  December 12, 2007

Jerry Charles Drumgoole                                          Page 3
CR 07-00655-01 CW

===

THE COURT ORDERS:
☑ The Court concurs and takes judicial notice
☐ Submit a request to modify supervision
☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:

DEC 17 2007                          *signature*
_____              _____
Date                                 Claudia Wilken
                                     United States District Judge